| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | J.H. Bryant Jr., Inc. | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-L.A. | |
| Case number (if known): | | ☐ Check if this is an amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Moto-Science LLC  1641 South Point View Street  Los Angeles, CA 90035 | Kerry S. Schaeffer; Candie Y. Chang  kerryschaffer@sbcglobal.net; cchang@garrett-tully.com | Judgment | | | | $1,175,512.82 |
| Bank of America  PO Box 15220  Wilmington, DE 19886-5220 | | PPP Loan | Contingent | | | $1,147,792.00 |
| Allstar Financial Services Inc  20700 Ventura Blvd #222  Woodland Hills, CA 91364 | Daniel Murphy, Gregory Dawley, and Lance Jurich  dmurphy@loeb.com; gdawley@loeb.com; ljurich@loeb.com | Judgment | | | | $355,553.52 |
| Patrick J. D'Arcy  1 Park Plaza Suite 380  Irvine, CA 92614-3524 | Patrick J. D'Arcy  pat@patricklaw.net | Settlement Debt | | | | $303,448.15 |
| Stearns, Kim & Sterns  3424 Carson Street Suite 670  Torrance, CA 90503 | Ryan Sterns  rstearns@sksrlawyers.com  (310) 793-9570 | Legal Fees | Disputed | | | $120,555.92 |
| Walters Wholesale Electric Co  2825 Temple Avenue  Signal Hill, CA 90755 | Cindy Loy  cindy.loy@walterswholesale.com  (562) 304-1948 | Trade Debt | | | | $79,407.79 |

| Debtor | J.H. Bryant Jr., Inc. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ultra Countertops<br>15338 Proctor Avenue<br>City of Industry, CA 91745 | Frank<br>frank@ultracounters.com<br>(626) 961-2020 | Trade Debt | | | | $14,192.40 |
| Rimshot Demolition Inc<br>1261 North Lakeview Avenue # J-418<br>Anaheim, CA 92807 | Amy Bauer<br>amy@rimshotdemolition.com<br>(714) 701-9740 | Trade Debt | | | | $13,700.00 |
| Graybar Electric Company Inc<br>8606 Miralani Drive<br>San Diego, CA 92126-4353 | Matthew Valder<br>matthew.valder@graybar.com<br>(858) 578-8606 | Trade Debt | | | | $11,072.44 |
| Willis Supply Corporation<br>Dept LA 23368<br>Pasadena, CA 91185-3368 | | Trade Debt | | | | $10,079.76 |
| Pete Koh Installation<br>726 39th Street<br>Richmond, CA 94805 | Pete Koh<br>petekohfilm@gmail.com<br>(510) 589-7485 | Trade Debt | | | | $8,680.00 |
| West Coast Laminating<br>1150-A North Red Gum Street<br>Anaheim, CA 92806 | Diane Uribe<br>duribe@ebbradley.com<br>(800) 523-4940 | Trade Debt | | | | $8,322.63 |
| Home Depot Credit Services<br>PO Box 790340<br>Saint Louis, MO 63179-0340 | homedepotcommercialcreditcard@info6.accountonline.com<br>(800) 395-7363 | Credit Card Debt | | | | $8,242.19 |
| Nationwide Lifts<br>10 Holden Avenue Suite B<br>Queensbury, NY 12804 | Barry Singer<br>barry@nwlifts.com<br>(818) 359-7863 | Trade Debt | | | | $7,120.00 |
| Royal Plywood Co Inc<br>14171 Park Place<br>Cerritos, CA 90703 | Lynn Madrid<br>Lynn@royalplywood.com<br>(562) 404-2989 | Trade Debt | | | | $5,782.24 |
| Vern Perry Asphalt Paving, Inc<br>1017 East Chestnut Avenue<br>Santa Ana, CA 92701-6425 | Vern Perry<br>vernperry@live.com<br>(714) 550-7711 | Trade Debt | | | | $4,265.00 |

| Debtor | J.H. Bryant Jr., Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Southland Flooring<br>15405 Red Hill Avenue<br>Suite E<br>Tustin, CA 92780 | Jon Jerry Karnoff<br><br>Jon@southlandflooringinc.com<br>714-937-5396 | Trade Debt | | | | $4,234.00 |
| California Fence And Supply Co<br>17423 South Figueroa Street<br>Gardena, CA 90248 | (310) 323-3623 | Trade Debt | | | | $3,978.00 |
| Direct Sales Floors<br>2973 Castro Valley Boulevard<br>Castro Valley, CA 94546 | Roxanne Akre<br><br>roxanne@directsalesfloors.com<br>(510) 483-2500 | Trade Debt | | | | $3,935.55 |
| City Signs Inc<br>1101 Doker Drive<br>Suite D<br>Modesto, CA 95351 | Gregory Lee Kyler<br><br>info@citysignsmodesto.com<br>209.229.2220 | Trade Debt | | | | $3,590.37 |